IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADAM TITUS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 17-cv-1297-NJR |
| DAVID MITCHELL, et al., | ) |
| Defendants. | ) |

# ORDER

**ROSENSTENGEL, Chief Judge:**

On November 16, 2018, Plaintiff filed an Amended Complaint including claims against Jane Doe Mental Health Worker and Medical Technician Jane Does 1 and 2 (Doc. 67). On March 6, 2019, Magistrate Judge Sison entered an Amended Scheduling Order (Doc. 106). Plaintiff was given two months, until May 6, 2019, to identify the Jane Does (*Id*. at p. 3). Plaintiff was instructed that failure to identify the Jane Does would result in their dismissal and that no further extensions would be granted (*Id*.). On May 2, 2019, Plaintiff filed a Second Amended Complaint which again included the Jane Does. The deadline for identifying the Janes Does passed without Plaintiff identifying them or requesting more time to do so.

Plaintiff has failed to properly prosecute this case as to the Jane Doe defendants. Thus, the Court **DISMISSES without prejudice** Jane Doe Mental Health Worker and Medical Technician Jane Does 1 and 2 pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

**DATED: 1/6/2020**

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**